UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACINTO JOSE VALDOVINO,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>M. ATCHELY,<br><br>　　　　　Respondent. | No. 2:20-cv-00939 TLN GGH P<br><br><br>ORDER |

Petitioner is a prisoner proceeding in pro se with a petition for writ of habeas corpus , a pursuant to 28 U.S.C. § 2254. Petitioner has filed an application to proceed in forma pauperis. ECF No. 8. Examination of the in forma pauperis application reveals that petitioner is unable to afford the costs of suit.  Accordingly, the application to proceed in forma pauperis will be granted.  See 28 U.S.C. § 1915(a).

IT IS HEREBY ORDERED that petitioner's motion to proceed in forma pauperis (ECF No 8) is granted.

Dated: June 29, 2020

　　　　　　　　　　　　　　　　/s/ Gregory G. Hollows
　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1