IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JACINTO JOSE VALDOVINO**,<br><br>Petitioner,<br><br>v.<br><br>**MATTHEW ATCHELY**,<br><br>Respondent. | Case No. 2:20-cv-00939-TLN-GGH<br><br>**[PROPOSED] ORDER GRANTING PETITIONER VALDOVINO'S UNOPPOSED APPLICATION FOR EXTENSION OF TIME TO FILE REPLY RESPONDENT'S ANSWER** |

Good cause appearing, IT IS HEREBY ORDERED that Petitioner's Motion for a 30-day Extension of Time to File the Reply to Respondent's Answer is GRANTED.

Petitioner should file the Reply on or before June 23, 2021.

Dated: May 24, 2021

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE