IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JACINTO JOSE VALDOVINO**, <br><br> Petitioner, <br><br> v. <br><br> **MATTHEW ATCHELY**, <br><br> Respondent. | Case No. 2:20-cv-00939-TLN-GGH <br><br> **[PROPOSED] ORDER GRANTING PETITIONER VALDOVINO'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO MAGISTRATE'S FINDINGS AND RECOMMENDATIONS** |

Pursuant to Rule 6 of the *Federal Rules of Civil Procedure* and *Local Rule 144*, Petitioner filed a request for a 30-day extension of time to file his Objections to the Magistrate's Findings and Recommendations, up to and including December 24, 2021.

GOOD CAUSE APPEARING therefor, Petitioner's motion is hereby GRANTED.

Dated: November 23, 2021

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER
*Valdovino v. Atchely;*
Case No. 2:20-cv-00939-TLN-GGH

1