UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACINTO JOSE VALDOVINO, | No. 2:20-cv-00939 TLN DB P |
| Petitioner, | |
| v. | ORDER |
| M. ATCHELY, | |
| Respondent. | |

Petitioner, a state prisoner proceeding with counsel, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On November 3, 2021, the court issued findings and recommendations that recommended the petition writ of habeas corpus be denied. (ECF No. 47.) Petitioner filed objections to these findings or recommendations on February 28, 2022. (ECF No. 55.) On March 24, 2022, the court granted respondent an extension of time to file a reply to the petitioner's objections. (ECF No. 57.)

Respondent has requested an additional extension of time to file a reply to the petitioner's objections. (ECF No. 58.) Respondent states that due to other case filings and job responsibilities, he has been unable to complete a reply. (Id. at 2.) Respondent also states that counsel for the petitioner does not oppose the request for extension of time and that respondent does not anticipate any further extensions of time will be necessary. (Id. at 1-2.) Respondent requests an extension of time to May 13, 2022

Good cause appearing, IT IS HEREBY ORDERED that:

1. Respondent's second request for an extension of time (ECF No. 58) is granted; and

2. Respondent may file a reply to petitioner's objections on or before May 13, 2022.

DATED: April 12, 2022

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:14
DB/Db Prisoner Inbox/Habeas/R/vald0939.111(2)

2