1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    JACINTO JOSE VALDOVINO,                          No.  2:20-cv-00939-TLN-DB

12                         Petitioner,

13            v.                                        **ORDER**

14    MATTHEW ATCHELY,

15                         Respondent.

16

17            Petitioner, a state prisoner proceeding *pro se*, has filed this application for a writ of habeas

18    corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate

19    Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20            On November 3, 2021, the magistrate judge filed findings and recommendations herein

21    which were served on all parties and which contained notice to all parties that any objections to

22    the findings and recommendations were to be filed within twenty-one days.  (ECF No. 47.)

23    Petitioner has filed objections to the findings and recommendations.  (ECF No. 55.)  Respondents

24    have filed a reply to Petitioner's objections.  (ECF No. 60.)

25            In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this

26    Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the

27    Court finds the findings and recommendations to be supported by the record and by proper

28    analysis.

                                                    1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed November 3, 2021 (ECF No. 47), are adopted in full;

2. The Petition for Writ of Habeas Corpus (ECF No. 1) is DENIED;

3. The Court shall issue a Certificate of Appealability as to Petitioner's ineffective assistance of counsel claims; and

4. The Clerk of the Court is directed to close this case.

**DATED:  June 16, 2022**

Troy L. Nunley
United States District Judge