IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JACINTO JOSE VALDOVINO, | ) | Case №: 2:20-cv-00939-TLN-DB |
| Petitioner, | ) ) | |
| vs. | ) ) | **O R D E R**<br>**APPOINTING COUNSEL** |
| M. ATCHELY, | ) ) | |
| Respondent. | ) ) | |

    The circuit court relieved retained counsel Jason T. Campbell, and ordered the Federal Defender to locate appointed counsel for petitioner. For the reasons listed below, the Federal Defender recommends special appointment of this formally-retained attorney, Jason T. Campbell.

    The Office of the Federal Defender asks that attorney Jason T. Campbell, California Bar No. 255445, be appointed on an *ad hoc* basis under the Eastern District of California Criminal Justice Act plan, to represent Mr. Jacinto Valdovino in Ninth Circuit appeal number 22-16062, Jacinto Valdovino v. M. Atchely. Mr. Valdovino retained Mr. Campbell to represent him in this matter in the district court, in case no. 2:20-cv-939-TLN-DB from September 2, 2020 through August 25, 2022. During that time Mr. Campbell prepared and filed an opposition to the respondent's motion to dismiss Mr. Valdovino's petition that was well-researched and powerful enough to prompt the respondent to withdraw its motion to dismiss. Docket No. 21. In addition, Mr. Campbell filed a 75-page traverse (Docket No. 38) that required a thorough review of state court proceedings that took place from 2010 through 2019, as well as research and briefing regarding the relevant authorities. Mr. Campbell also filed a 36-page Objections to the Magistrate Judge's Findings and Recommendations that required familiarity with the record and extensive legal research. Given Mr. Campbell's extensive district court work in this case, the Office of the Federal Defender believes there will be cost and time efficiencies in having Mr. Campbell appointed to represent Mr. Valdovino in his appeal since Mr. Campbell is already familiar with the record and pertinent legal arguments. In addition, Mr. Campbell has shown loyalty to Mr. Valdovino, personally paying his filing fee for the Ninth Circuit appeal and doing the Ninth Circuit paperwork necessary to ensure Mr. Valdovino will have counsel funded by the Criminal Justice Act for the appeal. Mr. Campbell indicates that Mr. Valdovino would like him to represent him in the appeal but cannot afford his services.

    Mr. Campbell also appears to have the experience level and knowledge that otherwise would qualify the attorney for CJA Panel membership as a member of the panel's non-capital

habeas and appeals roster.  He is licensed to practice law before the courts of the State of California, and is admitted to practice in the Federal District Court for the Eastern District of California and the United States Court of Appeals for the Ninth Circuit.  He has relevant Ninth Circuit experience, including work on the following appeal:

*United States v. Liu*, Case No. 10-10613 (criminal case; conviction reversed) (as assistant, not counsel of record)

*Contreras v. Gruel*, Case No. 15-16783 (civil case) (argued)

*York v. Ducart*, Case No. 16-15060 (2254 case; petition granted/conviction reversed) (argued)

*United States v. William Turner*, Case No. 21-16957 (pending appeal from denial of petition for writ of error coram nobis).

Jason T. Campbell is hereby appointed on an ad hoc basis effective September 2, 2022.

DATED:  9/2/2022

_____
Troy L. Nunley
United States District Judge